UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MAERSK BROKER K/S,

                                Plaintiff,                    08 CV  6000  (JSR)

        -v-
                                                     **STATEMENT PURSUANT
                                                     TO F.R.C.P 7.1**

UNIVERSAL MARINE, UNIVERSAL SHIPPING B.V.,
UNIVERSAL MARINE INVESTMENTS B.V., EUROTEAM
CHARTERING B.V., MS VAAL RIVER I CV, DEMARARA
RIVER I CV, SURINAM RIVER I CV, BEHEERMAATSCHAPPIJ
MS SURINAM RIVER BV. and REDERIJ C. VERMEULEN.

                                Defendants.

-------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for Plaintiff, MAERSK BROKER K/S, certifies that there are no corporate

parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
       July 1, 2008

                        CHALOS & CO, P.C.
                        Attorneys for Plaintiff
                        MAERSK BROKER K/S

            By:     _____
                        George M. Chalos (GC-8693)
                        123 South Street
                        Oyster Bay, New York 11771
                        Tel: (516) 714-4300
                        Fax: (866) 702-4577
                        Email: gmc@chaloslaw.com