UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAERSK BROKER K/S

                                                                08 CV 6000 (JSR)
*Plaintiff*,

v.

UNIVERSAL MARINE, UNIVERSAL SHIPPING B.V.,
UNIVERSAL MARINE INVESTMENTS B.V., EUROTEAM
CHARTERING B.V., MS VAAL RIVER I CV, DEMARARA
RIVER I CV, SURINAM RIVER I CV, BEHEERMAATSCHAPPIJ
MS SURINAM RIVER BV. and REDERIJ C. VERMEULEN.
                               *Defendants*.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) SS.:
COUNTY OF NASSAU    )

        Katherine N. Christodoulatos, being duly sworn, deposes and says:

        1.     That she is an employee of Chalos & Co, P.C., counsel of record for Plaintiff herein.

        2.     That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Astoria, New York.

        3.     That on July 11, 2008, she served the within Summons, Verified Complaint, Order for Issuance of Process of Maritime Attachment, Process of Maritime Attachment upon and Notice of Attachment, and on July 15, 2008, she served a Supplemental Notice of Attachment upon:

| | |
|---|---|
| Universal Shipping B.V. | Euroteam Chartering |
| Universal Marine Investments B.V. | 54, Schaardijk, NL-2921 LG |
| MS Vaal River I CV | Krimpen aan den Yssel |
| Demarara River I CV | Netherlands |
| Surinam River I CV | |
| Beheermaatschappij MS Surinam River BV | |
| 10 Griendstraat, Postbuss 85 | |
| LB Krimpen aan den Ijssel NL_2921 | |
| Netherlands | |
|     and | |
| Schaardijk, 54 Krimpen aan den Yssel | |
| 2920 AS, Netherlands | |

| | |
|---|---|
| Universal Marine<br>Noorderhaven 60-17<br>Groningen, Netherlands<br>and<br>Schaardijk, 54 Krimpen aan den Yssel<br>2920 AS, Netherlands | Rederij C. Vermeulen<br>Genteldijk 4<br>Gendermalsen 4191 LE<br>Netherlands |

by sending a true copy of the above-listed in secure, postpaid courier parcel directed to the above-mentioned parties at the above-listed addresses, that this being the address designated by these defendants for the purpose of receiving proceeding papers, the place where they then kept an office, and where there then was regular communication by mail.

Sworn to before me this
15th day of July 2008

_____
Katherine N. Christodoulatos

GEORGE M. CHALOS
Notary Public, State of New York
No. 02CH6015898
Qualified in Nassau County
Commission Expires Nov. 9, 2010