CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MAERSK BROKER K/S,                        :
                                          :
                    Plaintiff,            :    08-CV-6000
                                          :
          v.                              :    **NOTICE OF**
                                          :    **APPEARANCE**
UNIVERSAL MARINE, UNIVERSAL SHIPPING      :
B.V., et al.,                             :
                                          :
                    Defendants.           :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 28, 2008

                                   CLARK, ATCHESON & REISERT
                                   Attorneys for Garnishee
                                   Societe Generale New York Branch

                       By:         _____
                                   Richard J. Reisert (RR-7118)
                                   7800 River Road
                                   North Bergen, NJ 07047
                                   Tel: (201) 537-1200
                                   Fax: (201) 537-1201
                                   Email: reisert@navlaw.com