UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MAERSK BROKER K/S,                                      ECF
                Plaintiff,

-v-

                                              **NOTICE OF RESTRICTED
                                              APPEARANCE PURSUANT TO
                                              SUPPLEMENTAL RULE E(8)**
                                              08 Civ. 6000 (JSR)

UNIVERSAL MARINE, UNIVERSAL SHIPPING
B.V., UNIVERSAL MARINE INVESTMENTS B.V.,
EUROTEAM CHARTERING B.V., MS VAAL RIVER
I CV, DEMARARA RIVER I CV, SURINAME RIVER
I CV, and REDERIJ C. VERMEULEN

                Defendants.
------------------------------------------------------------------x

        Defendants, UNIVERSAL MARINE, UNIVERSAL SHIPPING B.V., UNIVERSAL MARINE INVESTMENTS B.V., EUROTEAM CHARTERING B.V., MS VAAL RIVER I CV, DEMARARA RIVER I CV, SURINAM RIVER I CV, BEHEERMAATSCHAPPIJ MS, SURINAM RIVER BV, and REDERIJ C. VERMEULEN, by and through undersigned counsel, Cardillo & Corbett, hereby enter a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
           August 21, 2008

                                            CARDILLO & CORBETT
                                            Attorneys for Defendants
                                            UNIVERSAL MARINE
                                            UNIVERSAL SHIPPING B.V.
                                            UNIVERSAL MARINE INVESTMENTS B.V.
                                            EUROTEAM CHARTERING B.V.
                                            MS VAAL RIVER I CV
                                            DEMARARA RIVER I CV
                                            SURINAM RIVER I CV
                                             BEHEERMAATSCHAPPIJ MS

SURINAM RIVER BV
REDERIJ C. VERMEULEN

By: ___/s/ Tulio R. Prieto_____
Tulio R. Prieto (TP 8455)
Office and P.O. Address
29 Broadway, Suite 1710
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Email: tprieto@cardillocorbett.com

2