*Rako ff J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8·22-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
MAERSK BROKER K/S,                                         ECF
                      Plaintiff,

-v-
                                                          **ORDER UPON STIPULATION**
                                                          **OF DISMISSAL**
UNIVERSAL MARINE, UNIVERSAL SHIPPING                      08 Civ. 6000 (JSR)
B.V., UNIVERSAL MARINE INVESTMENTS B.V.,
EUROTEAM CHARTERING B.V., MS VAAL RIVER
I CV, DEMARARA RIVER I CV, SURINAME RIVER
I CV, and REDERIJ C. VERMEULEN
                      Defendants.
--------------------------------------------------------x

WHEREAS Plaintiff, MAERSK BROKER K/S, and the Defendants, UNIVERSAL

MARINE, UNIVERSAL SHIPPING B.V., UNIVERSAL MARINE INVESTMENTS B.V.,

EUROTEAM CHARTERING B.V., MS VAAL RIVER I CV, DEMARARA RIVER I CV,

SURINAM RIVER I CV, BEHEERMAATSCHAPPIJ MS SURINAM RIVER BV, and REDERIJ

C. VERMEULEN , have agreed to settle all the claims asserted by plaintiff in the instant matter

and discontinue these proceedings, and

WHEREAS pursuant to Supplemental Admiralty Rule B of the Federal Rules of

Civil Procedure, on or about July 2, 2008, Plaintiff obtained from the Court an Ex-Parte Order of

Maritime Attachment together with Process of Maritime Attachment and Garnishment that

authorized the attachment of Defendants' property within the Southern District of New York in an

amount up to $644,451.20, and

WHEREAS on or about July 9, 2008, Standard Chartered Bank, acting pursuant to

the Ex-Parte Order of Maritime Attachment and Garnishment, restrained and attached the property

of Defendant, Universal Marine, in the amount of $5,659.00, and

WHEREAS on or about July 12, 2008, HSBC Bank U.S.A., N.A., acting pursuant

to the Ex-Parte Order of Maritime Attachment and Garnishment, restrained and attached the

property of Defendant, Universal Marine, in the amount of $93,649.00, and

WHEREAS the parties have agreed that all of the funds attached are to be released and paid to an account to be designated by Defendants, and

NOW, THEREFORE, IT IS HEREBY ORDERED that garnishees, Standard Chartered Bank and HSBC Bank U.S.A., N.A., shall effect electronic funds transfers in favor of Universal Marine in the amounts of $5,659.00 and $93,649.00 to an account designated by Cardillo & Corbett, and

IT IS FURTHER HEREBY ORDERED that the transfers in the amount of $5,659.00 and $93,649.00 shall not be subject to any attachment in New York after those funds are released by garnishees, Standard Chartered Bank and HSBC Bank U.S.A., N.A. en route to the accounts designated by the undersigned attorney for Defendants, and

IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice and without costs.

Dated: New York, New York
       August/5, 2008

                              CHALOS & CO, P.C.
                              Attorneys for Plaintiff
                              MAERSK BROKER K/S

By:_____
                              George M. Chalos (GC-8693)
                              123 South Street
                              Oyster Bay, New York 11771
                              Tel: (516) 714-4300
                              Fax: (866) 702-4577
                              Email: gmc@chaloslaw.com

2

CARDILLO & CORBETT
Attorneys for Defendants
UNIVERSAL MARINE
UNIVERSAL SHIPPING B.V.
UNIVERSAL MARINE INVESTMENTS B.V.
EUROTEAM CHARTERING B.V.
MS VAAL RIVER I CV
DEMARARA RIVER I CV
SURINAM RIVER I CV
BEHEERMAATSCHAPPIJ MS
SURINAM RIVER BV
REDERIJ C. VERMEULEN

By: _____

Tulio R. Prieto (TP 8455)
Office and P.O. Address
29 Broadway, Suite 1710
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Email: tprieto@cardillocorbett.com

SO ORDERED:

_____
Hon. Jed S. Rakoff, U.S.D.J.

8 - 21-08

3